IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| FRANK FOULK, | § | |
|        Plaintiff, | § | |
| | § | |
| v. | § | Civil Case 3:23-CV-2864-B-BK |
| | § | |
| FLAGSTAR BANK, ET AL., | § | |
|        Defendants. | § | |

### ORDER ACCEPTING FINDINGS, CONCLUSIONS AND RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE

The United States Magistrate Judge made findings, conclusions and a recommendation in this case.  No objections were filed.  The District Court reviewed the proposed findings, conclusions and recommendation for plain error.  Finding none, the Court **ACCEPTS** the Findings, Conclusions and Recommendation of the United States Magistrate Judge.

SO ORDERED this 22nd  day of February, 2024.

_____
JANE J. BOYLE
UNITED STATES DISTRICT JUDGE